[No. 22781-5-I.  Division One.  July 23, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. JEROME
STEVEN TALLEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87-1-05276-8, James J. Dore, J., entered July

25, 1988. *Affirmed* by unpublished opinion per Coleman, C.J., concurred in by Webster and Forrest, JJ.